UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 OCT 11  AM 9: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| UNITED STATES OF AMERICA,<br>V.<br>**KENNETH EUGENE GRIFFITHS** | Magistrate's Case No. 07mj2113 |
|---|---|
| WARRANT ISSUED ON THE BASIS OF:<br>___ Failure to Appear   ___ Order of Court<br>___ Indictment          ___ Information<br>_X_ Complaint | **WARRANT FOR ARREST** |
| TO:<br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED:<br>**KENNETH EUGENE GRIFFITHS** |
| DISTRICT OF ARREST: | CITY OF ARREST: |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE _____
ARRESTED BY _____
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY _____

RECEIVED 2007 AUG 31 P 3: 54 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

| IN VIOLATION OF | UNITED STATES CODE TITLE   18 | SECTIONS 751(a) and 4082 |
|---|---|---|
| BAIL   NO BAIL | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | **WILLIAM McCURINE, JR.**<br>**U.S. MAGISTRATE JUDGE** | DATE ORDERED<br>8/31/2007 |
| CLERK OF COURT/U.S. MAGISTRATE | BY   *Wm McCurine* | DATE ISSUED |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

10/2/07

ARRESTED BY ___ In Court
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.