FILED

OCT 16 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07 CR 2857-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Count One: |
| | ) Title 18, U.S.C., Sections 751(a) |
| KENNETH EUGENE GRIFFITHS, | ) and 4082 Escape from Federal |
| | ) Custody |
| Defendant. | ) |
| | ) Count Two: |
| | ) Title 8, U.S.C., |
| | ) Sec. 1324(a)(2)(B)(iii) - Bringing |
| | ) in Illegal Aliens Without |
| | ) Presentation; Title 18, U.S.C., |
| | ) Sec. 2 - Aiding and Abetting |

The United States Attorney charges:

Count One

On or about August 27, 2007, within the Southern District of California, defendant KENNETH EUGENE GRIFFITHS did unlawfully and willfully escape from an institution and facility in which he was confined by the direction of the Attorney General, to wit: Correctional Alternatives, San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for bringing in aliens without presentation, in violation of Title 8 United States Code Section 1324, in violation of Title 18 United States Code Sections 751(a) and 4082.

//

//

//

<u>Count Two</u>

On or about September 27, 2007, within the Southern District of California, defendant KENNETH EUGENE GRIFFITHS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Maria Meneces-Palacios, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 10/16/07.

KAREN P. HEWITT
United States Attorney

*Carolie H* for
AARON B. CLARK
Assistant U.S. Attorney

ABC:drh:San Diego
10/3/07

2