AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| KENNETH EUGENE GRIFFITHS | CASE NUMBER: 07CR2857-L |

I, KENNETH EUGENE GRIFFITHS, the above-named defendant, who is accused of committing the following offenses:

Escape from Federal Custody, in violation of Title 18, United States Code, Sections 751(a) and 4082 (Felony).

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony).

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 10·16·2007 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
OCT 1 6 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

_Kenneth E Griffiths_
Defendant

_[signature]_
Defense Counsel

Before _[signature]_
Judicial Officer