1

2

3

4

5

6

7



FILED

NOV 0 6 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

07-02857 (L)

10

UNITED STATES OF AMERICA,        )    Criminal No. ~~07-02857~~
                                 )
11                               Plaintiff,        )    **CONSENT TO RULE 11 PLEA IN A**
                                 )    **FELONY CASE BEFORE UNITED**
12    v. Kenneth Griffiths       )    **STATES MAGISTRATE JUDGE**
                                 )
13                               )
                               , )
14                               )
                  Defendant.     )
15 ──────────────────────────────)

16        I have been advised by my attorney and by the United States

17    Magistrate Judge of my right to enter my plea in this case before

18    a United States District Judge.  I hereby declare my intention to

19    enter a plea of guilty in the above case, and I request and

20    consent to have my plea taken by a United States Magistrate Judge

21    pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

22        I understand that if my plea of guilty is taken by the

23    United States Magistrate Judge, and the Magistrate Judge

24    recommends that the plea be accepted, the assigned United States

25    District Judge will then decide whether to accept or reject any

26    plea agreement I may have with the United States and will

27    adjudicate guilt and impose sentence.

28        I further understand that any objections to the Magistrate

1  Judge's findings and recommendation must be filed within 14 days
2  of the entry of my guilty plea.
3
4
5  Dated: __11/6/07__                _____
6                                    Defendant
7
8
9  Dated: __11/6/07__                _____
10                                   Attorney for Defendant
11
12       The United States Attorney consents to have the plea in this
13  case taken by a United States Magistrate Judge pursuant to
14  Criminal Local Rule 11.2.
15
16
17  Dated: __11/6/07__                _____
18
19                                   Assistant United States Attorney
20
21
22
23
24
25
26
27
28

2