Charles N. Guthrie (SBN 76644)
Attorney at Law
121 Broadway, # 531
San Diego, California 92101
Tel: 619-230-8598
Attorney for Defendant:
Kenneth Eugene Griffiths

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA
### (HON. M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07 CR 02857-001-L |
| ) | |
| Plaintiff, ) | |
| ) | DECLARATION OF SERVICE |
| v. ) | |
| ) | |
| KENNETH EUGENE GRIFFITHS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**DECLARATION OF SERVICE:**   My name is Charles N. Guthrie and I declare that on January 2, 2008, I filed by the electronic filing system the following documents:

   Sentence Memorandum.

with the United States District Court of the Southern District of California and thereby

electronically served Aaron Clark, AUSA, 880 Front Street, Rm. 6293, San Diego, California.

   I declare/ certify the above true under penalty of perjury this January 2, 2008, executed

in the City of San Diego, State of California.


S/Charles N. Guthrie
Charles N. Guthrie, Atty at Law


07 CR 02857-L